Dobranski, et ux., Appellants, *v.* Wilkes-Barre Transit Corporation.

Argued December 3, 1974. *Allan H. Gordon,* with him *Kolsby & Wolf,* for appellants; *B. Todd Maguire,* with him *Harris, Johnston & Maguire,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.

Electric Corporation of America *v.* DePhillipo, et ux., Appellants.

Argued December 5, 1974. *Bernard M. Berman,* with him *Scallan, March, Berman & Del Fra,* for appellants; *John F. O'Neill, Jr.,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.

Favoroso, Appellant, *v.* Kent.

Argued December 4, 1974. *James P. McEvilly, Jr.,* with him *Galfand, Berger, Senesky, Lurie & March,* for appellant; *Frederick E. Smith,* with him *Smith and Toner,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.